**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 14, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-01049-CV

## IN THE INTEREST OF A.L.L., A MINOR CHILD

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2016-20727**

## MEMORANDUM OPINION

This is an appeal from a final order in a suit affecting the parent-child relationship and nunc pro tunc signed August 30, 2018. On February 8, 2019, appellant I.L.L. filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant